UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TIMOTHY J. BEALL,

      Plaintiff,

  v.

EVERETT J. PRESCOTT, INC., PAUL VAN
SAVAGE, JAMES PETERSON, STEVEN
PRESCOTT, DAVID HIRSCH, PETER
PRESCOTT, ROBBIE CHADWICK, KRISTEN
PFEFFER, JOHN FLAGG, BRYAN FLAGG,
STEVEN SILVER, MELINDA CATERINE,
RACHEL PLOURDE, LITTLER MENDELSON,
P.C., WAYNE BLACK, BRYANNA KING,

      Defendants.

Civil Action No.

## NOTICE OF REMOVAL

Defendants Steven Silver, Melinda Caterine, Rachel Plourde and Littler Mendelson, P.C.,

(together "Littler Defendants"), by and through their attorneys, file this Notice of Removal in

accordance with 28 U.S.C. §§ 1331, 1367, 1441 and 1446, and remove this action from the

Superior Court of the Commonwealth of Massachusetts for the County of Worcester, where the

action is now pending, to the United States District Court for the District of Massachusetts.  As

grounds for removal, Defendants state as follows:

1.      August 6, 2025, Plaintiff Timothy Beall commenced a civil action in Worcester

County Superior Court entitled *Timothy Beall v. Everett J. Prescott, Inc., Paul Van Savage, James*

*Peterson, Steven Prescott, David Hirsch, Peter Prescott, Robbie Chadwick, Kristen Pfeffer, John*

*Flagg, Bryan Flagg, Steven Silver, Melinda Caterine, Rachel Plourde, Littler Mendelson, P.C.,*

*Wayne Black, and Bryana King,* Civil Action No. 2585CV01042 (the "State Court Action").

2.      Littler Defendants accepted service of process of the Complaint and Summons on

August 18, 2025.  Therefore, this Notice of Removal is timely filed.  28 U.S.C. § 1446(b).

3.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because the allegations contained in Plaintiff's complaint are based on rights and remedies conferred under federal law.  *See* Compl., at p. 4 (Counts II, IV, VI, X).  Among other things, Plaintiff asserts that Defendants, including his former employer (Everett J. Prescott, Inc.) violated the Americans with Disabilities Act (42 U.S.C. § 12101, et seq. ("ADA")) and Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e, *et seq.*)  *See* Compl. ¶¶ 9 - 12 and Counts II, IV. Plaintiff also brings claims of "civil conspiracy" and "racketeering" against all Defendants in violation of 42 U.S.C. § 1983 and 18 U.S.C. § 1962.  *See* Compl. ¶¶ 25 - 29 and Counts VI, X. Thus, this is a civil action over which this Court has original "federal question" jurisdiction under 28 U.S.C. § 1331, in that the action arises under the Constitution, laws, or treaties of the United States.

4.      Furthermore, the Court has supplemental jurisdiction over Plaintiff's state law claims.  28 U.S.C. § 1367(a).  Plaintiff's federal claims and state law claims arise from the same case or controversy because they all stem from Plaintiff's allegations related to his employment with Everett J. Prescott, Inc. and termination of same. Therefore, this Court has supplemental jurisdiction over Plaintiff's state law claims.  28 U.S.C. § 1367(a).

5.      All Defendants who have been served consent to this removal.

6.      This Notice of Removal is being filed in the District of Massachusetts, the District Court of the United States for the district and division within which the State Court Action is pending.  28 U.S.C. §§ 1441(a) and 1446(a).

7.      Attached hereto as **Exhibit A** is a true and correct copy of the Complaint which constitutes all process, pleadings, and orders served upon Litter Defendants to the present date. See 28 U.S.C. § 1446(a).

8. A true and complete copy of this Notice of Removal shall be promptly filed this date with the Clerk of Court for Worcester County Superior Court in accordance with 28 U.S.C. § 1446(d). A copy of the Notice of Filing of Notice of Removal to the Middlesex County Superior Court is attached hereto as **Exhibit B**.

9. This Notice of Removal and a Notice of Filing of Notice of Removal have also been served this day via email and first-class mail upon *pro se* Plaintiff.

10. Filing this Notice does not constitute a waiver of any right to object to jurisdiction over the person or venue, and Defendants specifically reserve the right to assert any defense, denial, and/or objection to which it may be entitled.

WHEREFORE, Defendants respectfully request that the State Court Action be removed and hereinafter proceed in the United States District Court for the District of Massachusetts.

Respectfully submitted,

STEVEN SILVER, MELINDA CATERINE, RACHEL PLOURDE, AND LITTLER MENDELSON, P.C.,

By their attorneys,

*/s/ Melinda Caterine*
Melinda Caterine, Bar No. 677550
mcaterine@littler.com
LITTLER MENDELSON, P.C.
1 Monument Square, Suite 600
Portland, Maine 04101
Telephone:    207.774.6001
Facsimile:    207.775.6407

Dated:  August 19, 2025

3

**<u>CERTIFICATE OF SERVICE</u>**

I, Melinda Caterine, hereby certify that on this 19th day of August, 2025, the foregoing Notice of Removal was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing, as well as via email and first class mail upon *pro se* plaintiff:

Timothy J. Beall
PO Box 744
Boylston, MA  01505
byobventures@gmail.com

/s/ *Melinda Caterine*
Melinda Caterine

4